UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Applicant,

v.

NORTHERN SEASONS,

    Respondent.
    _____/

File no: 1:06-MC-76

HON. ROBERT HOLMES BELL

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Respondent, Northern Seasons, shall produce at the offices of the EEOC, Patrick V. McNamara Building, 477 Michigan Avenue, Room 865, Detroit, Michigan, within fourteen days of this Order, all documents responsive to the EEOC's administrative subpoena no. DT-06-01, upon pain of contempt of court.

Date:  August 23, 2006

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
CHIEF UNITED STATES DISTRICT JUDGE